| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>------------SIRAGUSA, CHARLES J. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, WDNY | 3. Date of Report<br><br>07/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>1360 UNITED STATES COURTHOUSE<br>100 STATE STREET<br>ROCHESTER, NEW YORK 14614 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD MEMBER | COBBLESTONE ARTS CENTER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | PENSION | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEIVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | BROWN & TARANTINO |
| 2. | 2011 | ATTORNEY (PRIVATE PRACTICE) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | L | T | | | | | |
| 2. ACCOUNT # 1: | | | | | | | | | |
| 3. -COVIDIEN PLC (Y) | | | | | | | | | |
| 4. -SEAGATE TECHNOLOGY (Y) | | | | | | | | | |
| 5. -SB MONEY MARKET FUNDS CASH PORT CL A | | | | | | | | | SEE PART VIII #1 |
| 6. -WEATHERFORD INTL LTD | | None | J | T | | | | | |
| 7. -TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | SEE PART VIII #2 |
| 8. -TYCO INTERNATIONAL LTD. NEW | A | Dividend | J | T | Buy (add'l) | 5/13/11 | J | | |
| 9. -UBS AG-CHF (Y) | | | | | | | | | SEE PART VIII #3 |
| 10. -ASML HLDG NV NEW YORK REG (Y) | | | | | | | | | |
| 11. -AMC NETWORKS INC | | None | J | T | Spinoff (from line 36) | 7/1/11 | J | | |
| 12. -CORE LABORATORIES | A | Dividend | | | Sold (part) | 3/30/11 | J | A | |
| 13. -CORE LABORATORIES | | None | | | Sold | 7/6/11 | J | A | |
| 14. -AKAMAI TECHNOLOGIES (Y) | | | | | | | | | |
| 15. -AMAZON COM INC | | None | J | T | | | | | |
| 16. -AMGEN INC. (Y) | | | | | | | | | |
| 17. -ANADARKO PETROLEUM CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ANHEUSER-BUSCH INBEV SPONS | A | Dividend | J | T | | | | | |
| 19. -APACHE CORP | A | Dividend | J | T | | | | | |
| 20. -APPLE INC | | None | J | T | Buy | 8/5/11 | J | | |
| 21. -ATLAS COPCO AB SPONS ADR NEW RPSTG CL B - USD (Y) | | | | | | | | | |
| 22. -AUTODESK | | None | J | T | | | | | |
| 23. -AXA UAP SPONS ADR (Y) | | | | | | | | | |
| 24. -BASF AG SPONS ADR (Y) | | | | | | | | | |
| 25. -BARCLAYS SE | | None | J | T | Buy | 8/4/11 | J | | |
| 26. -BED BATH & BEYOND | A | Dividend | J | T | | | | | |
| 27. -BHP BILLITONLTD SPONS ADR | A | Dividend | | | Buy | 6/29/11 | J | | |
| 28. -BHP BILLITONLTD SPONS ADR | | | | | Sold | 12/20/11 | J | | |
| 29. -BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 30. -BP AMOCO PLC SPONS ADR (Y) | | | | | | | | | |
| 31. -BIOGEN IDEC INC. | | None | J | T | Sold (part) | 5/13/11 | J | A | |
| 32. -BROADCOMM CORP (Y) | | | | | | | | | |
| 33. -CME GROUP INC. CLASS A | A | Dividend | J | T | Buy | 2/24/11 | J | | |
| 34. -CRH PLC AD-USD K (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 36. -CABLEVISION SYSTEMS CORP.CL A (Y) | | | | | | | | | |
| 37. -CAMERON INTERNATIONAL CORP | A | Dividend | J | T | Buy | 6/24/11 | J | | |
| 38. -CANON INC. ADR | A | Dividend | J | T | | | | | |
| 39. -CELGENE CORP | | None | J | T | | | | | |
| 40. -CISCO SYSTEMS INC | A | Dividend | J | T | | | | | |
| 41. -CITRIX SYSTEMS INC (Y) | | | | | | | | | SEE PART VIII #3 |
| 42. -COCA COLA CO. | A | Dividend | J | T | | | | | |
| 43. -COMCAST CORP CL A-SPL | A | Dividend | J | T | | | | | |
| 44. -CREE INC. (Y) | | | | | | | | | |
| 45. -CUMMINS INC | A | Dividend | J | T | Buy | 10/4/11 | J | | |
| 46. -DANONE SPONS (Y) | | | | | | | | | |
| 47. -DEERE & CO ) | A | Dividend | J | | Buy | 6/10/11 | J | | |
| 48. DIAGEO PLC -SPONSORED ADR NEW (Y) | | | | | | | | | |
| 49. -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 50. -DIRECTV CL A (Y) | | | | | | | | | |
| 51. -DOLBY LABORATORIES INC CLASS A (Y) | | | | | | | | | SEE PART VIII #3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -EMC CORP-MASS | | None | J | T | Buy | 10/18/11 | J | | |
| 53.   -EOG RESOURCES INC | A | Dividend | J | T | Buy | 10/4/11 | J | | |
| 54.   -EATON CORP | A | Dividend | J | T | Buy | 6/7/11 | J | | |
| 55.   -EBAY INC. | | None | J | T | | | | | |
| 56.   -ELSTER GROUP SE ADR | | None | J | T | Buy | 8/5/11 | J | | |
| 57.   -EXPEDIA INC | | None | | | Sold | 2/25/11 | J | A | |
| 58.   -FIRST SOLAR INC | | None | | | Sold | 4/29/11 | J | A | |
| 59.   -FLUOR CORP NEW | A | Dividend | J | T | | | | | |
| 60.   -FOREST LABORATORIES | A | Dividend | J | T | | | | | |
| 61.   -FREEPORT MCMMORAN COPPER & GOLD CL B (Y) | | | | | | | | | |
| 62.   -GENERAL ELECTRIC | A | Dividend | | | Sold | 12/20/11 | J | | |
| 63.   -GENZYME CORP. GENEEAL DIVISION | | None | | | Sold | 2/17/11 | J | A | |
| 64.   -GLAXOSMITHKLINE PLC SPONS ADR-USD ) | | None | | | Sold | 3/31/11 | J | | |
| 65.   -GOOGLE INC CL A | | None | J | T | | | | | |
| 66.   -GRUPO TELEVISA SA DE CV GLOBAL (Y) | | | | | | | | | |
| 67.   -HSBC HOLDINGS PLC SPONS ADR NEW (Y) COMMON STOCK (Y) | | | | | | | | | |
| 68.   -HALLIBURTON CO HOLDINGS CO | A | Dividend | | | Buy | 8/19/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -HALLIBURTON CO HOLDINGS CO) | | | | | Sold | 11/8/11 | J | | |
| 70. -HOME DEPOT | A | Dividend | J | T | | | | | |
| 71. -HONDA MOTOR CO. (Y) | | | | | | | | | |
| 72. -HONG KONG & CHINA GAS LTD. SPONSORED ADR (Y) | | | | | | | | | |
| 73. -HUMAN GENOME SCIENCES INC CGMI | | None | J | T | Buy | 3/1/11 | J | | |
| 74. -HUTCHINSON WHAMPOA LTD-ADR K (Y) | | | | | | | | | |
| 75. -HICON PLC SPONSORED ADR (Y) | | | | | | | | | |
| 76. -IMMUNOGEN INC (Y) | | | | | | | | | |
| 77. I-NG GROEP NV SPONS ADRK (Y) | | | | | | | | | |
| 78. -INTUIT INC | A | Dividend | J | T | Buy | 8/19/11 | J | | |
| 79. -INTEL CORP. | | None | | | Sold | 1/6/11 | J | A | |
| 80. -ISIS PHARMACEUTICALS (Y) | | | | | | | | | |
| 81. -JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 82. -JUNIPER NETWORKS INC. | | None | J | | | | | | |
| 83. -KONINKLIJKE PHILIPS ELECTRONICS NS SPONADR NEW CS | | None | | | Sold | 6/29/11 | J | | |
| 84. -L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 85. -LIBERTY MEDIA CORP LIBERTY CAP CLASS A (Y) | | | | | | | | | SEE PART VIII #4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -LIBERTY MEDIA HOLDG CORP INTERACTIVE SER A (Y) | | | | | | | | | |
| 87. | -METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 88. | -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 89. | -MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR(Y) | | | | | | | | | |
| 90. | -MONSANTO CO (Y) | | | | | | | | | |
| 91. | -NASDAQ OMX GROUP INC. (Y) | | | | | | | | | |
| 92. | -NATIONAL OILWELL VARCO (Y) | | | | | | | | | |
| 93. | -NESTLE SA SPONSORED ADR REPSTG REG SH | A | Dividend | J | T | | | | | |
| 94. | -NETAPP INC | | None | J | T | Buy | 2/24/11 | J | | |
| 95. | -NEWS CORP CLASS B (Y) | | | | | | | | | |
| 96. | -NIKE INC CLASS B | A | Dividend | J | T | Buy | 6/7/11 | J | | |
| 97. | -NOKIA CORP. SPONSORED ADR | | None | | | Sold | 3/16/11 | J | | |
| 98. | -NOMURA HOLDINGS INC. UNSP ADR | | None | | | Sold | 9/22/11 | J | | |
| 99. | -NOVARTIS AG ADR K (Y) | | | | | | | | | |
| 100. | -NOVO NORDISK A S ADR (Y) | | | | | | | | | |
| 101. | -NUCOR CORP (Y) | | | | | | | | | |
| 102. | -NVIDIA CORP | | None | | | Sold | 8/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -ORACLE CORP (Y) | | | | | | | | | |
| 104. -ORIX CORP SPONS ADR (Y) | | | | | | | | | |
| 105. -PALL CORP. | A | Dividend | J | T | | | | | |
| 106. -PEPSICO | A | Dividend | J | T | | | | | |
| 107. -PETROBRAS (Y) | | | | | | | | | |
| 108. -PROCTOR & GAMBLE CO | A | Dividend | J | T | | | | | |
| 109. -QUALCOMM INC | A | Dividend | J | T | Buy | 7/29/11 | J | | |
| 110. -RIO TINTO PLC-GBP K (Y) | | | | | | | | | |
| 111. -SANDISK CORP | | None | J | T | | | | | |
| 112. -SAP SPONS ADR-USD | A | Dividend | J | T | | | | | |
| 113. -SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 114. -SCHWAB CHARLES CORP (Y) | | | | | | | | | |
| 115. -SHIRE PLC (Y) | | | | | | | | | |
| 116. -SMITH & NEPHEW PLC SP ADR (Y) | | | | | | | | | |
| 117. -SUNCOR ENERGY INC NEW (Y) | | | | | | | | | |
| 118. -TELEFONICA S.A. SPONS ADR (Y) | | | | | | | | | |
| 119. -TESCO PLC SPONSORED ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -TEVA PHARMACEUTICAL INDS | | None | J | T | Buy | 3/3/11 | J | | |
| 121. -TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 122. -THERMO FISHER (Y) | | | | | | | | | |
| 123. -TOTAL S.A.SPONS. ADR (Y) | | | | | | | | | |
| 124. -TREND MICRO INC SPON AD (Y) | | | | | | | | | |
| 125. -UNITED OVERSEAS BANK LTD SPONS ADR (Y) | | | | | | | | | |
| 126. -UNITED PARCEL SERVICE CL B | A | Dividend | J | T | Buy | 3/16/11 | J | | |
| 127. -UNITEDHEALTH GROUP INC. | A | Dividend | J | T | | | | | |
| 128. -VERTEX (Y) | | | | | | | | | |
| 129. -VESTAS WIND SYS (Y) | | | | | | | | | |
| 130. -VISA INC | A | Dividend | J | T | | | | | |
| 131. -VODAFONE GROUP PLC SP ADR (Y) | | | | | | | | | |
| 132. -WAL-MART DE MEXICO SA DE (Y) | | | | | | | | | |
| 133. -YAHOO INC | | None | | | Sold | 7/20/11 | J | A | |
| 134. -VANGUARD TOTAL STOCK MKT ETF | A | Dividend | J | T | Buy | 12/20/11 | J | | |
| 135. ACCOUNT # 2: | | | | | | | | | |
| 136. -BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 138. ACCOUNT # 3: | | | | | | | | | |
| 139. -SMITH BARNEY BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 140. IRA #1: | | | | | | | | | |
| 141. -TACTICAL DIVERSIFIED FUTURES | | None | K | T | | | | | |
| 142. IRA #2: | | | | | | | | | |
| 143. -GOLDMAN SACHS SMALL VALUE FUND CLASS B | | None | J | T | | | | | |
| 144. IRA #3: | | | | | | | | | |
| 145. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 146. IRA #4: | | | | | | | | | |
| 147. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 148. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 149. -DEVELOPED MARKETS INDEX PORTFOLIO | | None | L | T | Buy | 12/28/11 | J | | |
| 150. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 151. -DEVELOPED MARKETS INDEX PORFOLIO | | None | L | T | Buy | 12/28/11 | J | | |
| 152. DEFERRED COMPENSATION | | None | K | T | | | | | |
| 153. -OPPENHEIMER MAIN ST. OPP. A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -VT FIDELITY CONTRAFUND | | | | | | | | | |
| 155. -DODGE AND COX INTL STOCK | | | | | | | | | |
| 156. IRA #5 | | | | | | | | | |
| 157. -BANK DEPOSIT PROGRAM CITIBANK, N.A. | A | Interest | J | T | | | | | |
| 158. -GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | | None | J | T | | | | | |
| 159. -PIMCO REAL RETURN COMMODITY STRATEGY FUND CL C | A | Dividend | J | T | | | | | |
| 160. -COEUR D ALENE MINE CORP | | None | | | Sold | 12/20/11 | J | | |
| 161. -GAMCO GLOBAL GOLD NATURAL RESO | A | Dividend | J | T | Sold (part) | 12/20/11 | J | | SEE PART VIII #5 |
| 162. -UNITED STATES OIL FD LP EQUITY | | None | J | T | | | | | |
| 163. -ISHARES SILVER TRUST EQUITY | | None | J | T | Sold (part) | 12/20/11 | J | A | |
| 164. -COHEN & STEERS INTL REALTY FD | A | Dividend | J | T | | | | | |
| 165. -ABINGDON FUTURES FUND LP CLASS A | | None | K | T | Buy | 12/28/11 | K | | |
| 166. -TACTICAL DIFERSIFIED FUTURES FUND LP | | None | K | T | Buy | 12/28/11 | K | | |
| 167. ACCOUNT # 4 | | | | | | | | | |
| 168. -DAIMLER AG (Y) | | | | | | | | | |
| 169. -ARCH CAPITAL GROUP | | | | | Sold | 3/15/11 | J | A | |
| 170. -ACCENTURE PLC | A | Dividend | | | Buy | 2/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -ACCENTURE PLC | | | | | Sold | 8/4/11 | J | A | |
| 172. -COVIDIEN LTD (Y) | | | | | | | | | |
| 173. -SEAGATE TECHNOLOGY | A | Dividend | J | T | | | | | |
| 174. -WILLIS GROUP HLDGS | A | Dividend | | | Sold | 8/4/11 | J | A | |
| 175. -ALLIED WORLD ASSURANCE CO HLDGS | A | Dividend | J | T | | | | | |
| 176. -WEATHERFORD INTL LTD NEW | | | | | | | | | |
| 177. -TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | SEE PART VIII #2 |
| 178. -TYCO INTL LTD | A | Dividend | J | T | | | | | |
| 179. -AMC NETWORKS INC | | None | J | T | Spinoff (from line 229) | 7/1/11 | J | | |
| 180. -ADVANTEST CORP SPON | | | | | Sold | 07/19/11 | J | | |
| 181. -AKAMAI TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 182. -AKZO NOBEL | A | Dividend | J | T | | | | | |
| 183. -AMAZON | | None | J | T | | | | | |
| 184. -AMGEN INC | A | Dividend | J | T | | | | | |
| 185. -ANADARKO PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 186. -ANGLO AMERICAN | A | Dividend | | | Sold | 9/22/11 | J | | |
| 187. -ANHEUSER-BUSCH | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -ANNALY CAPITAL MANAGEMENT INC | A | Dividend | | | Buy | 07/12/11 | J | | |
| 189. -ANNALY CAPITAL MANAGEMENT INC | | | | | Sold | 10/4/11 | J | | |
| 190. -APACHE CORP | A | Dividend | J | T | | | | | |
| 191. -APPLE INC | | None | J | T | Buy | 8/5/11 | J | | |
| 192. -APPLIED MATERIALS INC DELWARE | A | Dividend | J | T | Sold (part) | 12/20/11 | J | | |
| 193. -ARCELORMITTAL | A | Dividend | | | Sold | 07/07/11 | J | | |
| 194. -ARYZTA AG ADR | | None | J | T | Buy | 5/3/11 | J | | |
| 195. -ASML HLDG NV NEW YORK REG | | | | | | | | | SEE PART VIII #6 |
| 196. -AT&T INC. | A | Dividend | J | T | | | | | |
| 197. -ATLAS COPCO AB SPONS ADR NEW RPTSG CL B | | | | | | | | | SEE PART VIII #6 |
| 198. -AUTODESK INC. | | None | J | T | | | | | |
| 199. -AXA S.A. SPONS ADR | A | Dividend | | | Buy | 1/24/11 | J | | |
| 200. -AXA S.A. SPONS ADR | | | | | Sold | 12/20/11 | J | | |
| 201. -BASF SE (Y) | | | | | | | | | |
| 202. -BCE INC (Y) | | | | | | | | | |
| 203. -BG GROUP | A | Dividend | J | T | | | | | |
| 204. -BNP PARIBAS SPON ADR | A | Dividend | | | Buy | 1/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -BNP PARIBAS SPON ADR | | | | | Sold | 12/20/11 | J | | |
| 206.  -THE BABCOCK & WILCOX COMPANY | | None | | | Sold | 07/12/11 | J | A | |
| 207.  -BAKER HUGHES INC. | A | Dividend | J | T | Sold (part) | 12/20/11 | J | | |
| 208.  -BANCO SANTANDER S.A. | A | Dividend | | | Buy | 01/24/11 | J | | |
| 209.  -BANCO SANTANDER S.A. | | | | | Sold | 09/02/11 | J | | |
| 210.  -BANK OF AMERICA CORP. | | None | | | Sold | 8/9/11 | J | | |
| 211.  -BANK NEW YORK MELLON CORP | A | Dividend | | | Sold | 3/18/11 | J | A | |
| 212.  -BARCLAYS PLC | | None | | | Sold | 12/20/11 | J | | |
| 213.  -BAYER AG SPONSORED ADR | | None | J | T | Buy | 5/13/11 | J | | |
| 214.  -BED BATH & BEYOND | A | Dividend | J | T | | | | | |
| 215.  -BERKSHIRE HATHAWAY INC CL B | | None | | | Sold | 05/17/11 | J | A | |
| 216.  -BG GROUP PLC | | None | J | T | | | | | |
| 217.  BHP BILLITON LTD SPONS | A | Dividend | J | T | | | | | |
| 218.  -BIOGEN IDEC INC | | None | J | T | | | | | |
| 219.  -BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 220.  -BOEING CO. | A | Dividend | J | T | Sold (part) | 12/20/11 | J | | |
| 221.  -BRIDGESTONE CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -BRITISH AMERICAN TOBACCO PLC ADR | A | Dividend | J | T | Buy | 6/10/11 | J | | |
| 223. -BROADCOM CORP CL A | A | Dividend | J | T | | | | | |
| 224. -CME GROUP INC CLASS A | A | Dividend | J | T | Buy | 2/24/11 | J | | |
| 225. -CNOOC LTD SPONS ADR | A | Dividend | | | Buy | 3/31/11 | J | | |
| 226. -CNOOC LTD SPONS ADR | | None | | | Sold | 12/20/11 | J | | |
| 227. -CPFL ENERGIA S | A | Dividend | | | Sold | 4/29/11 | J | A | |
| 228. -CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 229. -CABLEVISION SYSTEMS CORP | A | Dividend | J | T | | | | | |
| 230. -CANADIAN NATURAL RES | A | Dividend | J | T | | | | | |
| 231. -CAMERON INTERNATIONAL CORP | A | Dividend | J | T | Buy | 06/23/11 | J | | |
| 232. CARNIVAL PLC ADR | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 233. -CARNIVAL CORP | A | Dividend | J | T | | | | | |
| 234. -CELGENE CORP | | None | J | T | | | | | |
| 235. -CHINA MOBILE LTD (Y) | | | | | | | | | |
| 236. -CHUBB CORP. | A | Dividend | J | T | | | | | |
| 237. -CISCO SYS INC | A | Dividend | J | T | | | | | |
| 238. -CITIGROUP INC | A | Dividend | | | Buy | 4/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -CITIGROUP INC | | | | | Sold | 11/22/11 | J | | |
| 240. -CITRIX SYSTEMS INC (Y) | | | | | | | | | |
| 241. -COCA-COLA CO. | A | Dividend | J | T | | | | | |
| 242. -COMCAST CORP CL A STOCK | A | Dividend | J | T | | | | | |
| 243. -COMMERCIAL INTL BK | A | Dividend | | | Sold | 07/13/11 | J | | |
| 244. -CONOCOPHILLIPS | A | Dividend | J | T | | | | | |
| 245. -CREE INC. (Y) | | | | | | | | | |
| 246. -CUMMINS INC | A | Dividend | J | T | Buy | 09/09/11 | J | | |
| 247. -DBS GROUP HLDG LTD | A | Dividend | | | Sold | 12/20/11 | J | | |
| 248. -DAIWA SECURITIES GR SPONS | A | Dividend | | | Sold | 10/4/11 | J | | |
| 249. -DEERE & CO. | A | Dividend | J | T | Sold (part) | 1/24/11 | J | A | |
| 250. -DENSO CORP | | None | | | Sold | 08/09/11 | J | A | |
| 251. -DEVON ENERGY CORP NEW | A | Dividend | J | T | | | | | |
| 252. -WALT DISNEY CO. | | None | J | T | | | | | |
| 253. -DIRECTV CL A | A | Dividend | J | T | | | | | |
| 254. -DOLBY LABORATORIES INC CLASS A (Y) | | | | | | | | | |
| 255. -DOVER CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -EMC CORP-MASS | | None | J | T | Buy | 10/18/11 | J | | |
| 257.  -EOG RESOURCES INC | A | Dividend | J | T | Buy | 10/4/11 | J | | |
| 258.  -EATON CORP | A | Dividend | J | T | Buy | 6/7/11 | J | | |
| 259.  -EBAY INC. | | None | J | T | | | | | |
| 260.  -EMCOR GROUP INC (Y) | | | | | | | | | |
| 261.  -EMERSON ELECTRIC CO | A | Dividend | J | T | | | | | |
| 262.  -ERICSSON LM TEL CO CL B ADR NEW | A | Dividend | J | T | Buy | 5/3/11 | J | | |
| 263.  -EXPERIAN GROUP LTD | | None | | | Sold | 5/28/11 | J | A | |
| 264.  -FANUC CORP | A | Dividend | J | T | Buy | 08/16/11 | J | | |
| 265.  -FIRST REPUBLIC BANK | | None | J | T | Buy | 07/05/11 | J | | |
| 266.  -FLETCHER BLGD LTD ) | A | Dividend | J | T | Buy | 05/11/11 | J | | |
| 267.  -EXPEDIA INC | | None | | | Sold | 2/11/11 | J | A | |
| 268.  -FIRST SOLAR INC. | | None | | | Sold | 4/29/11 | J | A | |
| 269.  -FLUOR CORP NEW | A | Dividend | J | T | Sold (part) | 1/24/11 | J | A | |
| 270.  -FOREST LABORATORIES INC. | A | Dividend | J | T | Buy (add'l) | 1/25/11 | J | | |
| 271.  -FOREST LABORATORIES INC. | | | | | Sold (part) | 12/20/11 | J | | |
| 272.  -FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -FREEPORT & MCMORAN COPPER & GOLD CL B | A | Dividend | J | T | | | | | |
| 274. -GAP INC. DELAWARE | A | Dividend | J | T | | | | | |
| 275. -GAZPROM OAO (Y) | | | | | | | | | |
| 276. -GENERAL ELECTRIC CO | A | Dividend | | | Buy | 1/24/11 | J | | |
| 277. -GENERAL ELECTRIC CO | | | | | Sold | 12/20/11 | J | | |
| 278. -GENZYME CORP CORPGENERAAL DIVISION | | None | | | Sold | 2/17/11 | J | A | |
| 279. -GLAXOSMITHKLINE PLC SP ADR | A | Dividend | J | T | | | | | |
| 280. -GOLD FIELDS LTD | A | Dividend | J | T | | | | | |
| 281. -GOOGLE INC CLASS A | | None | J | T | | | | | |
| 282. -GREENHILL & CO INC ) | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 283. -H LUNDBECK A/S-ADR _ | | None | J | T | Buy | 11/16/11 | J | | |
| 284. -HSBC HOLDINGPLC SP ADR NEW | A | Dividend | | | Buy | 1/24/11 | J | | |
| 285. -HSBC HOLDINGPLC SP ADR NEW | | | | | Sold | 12/20/11 | J | | |
| 286. -HALLIBURTON CO HOLDINGS CO | A | Dividend | J | T | | | | | |
| 287. -HESS CORP | A | Dividend | J | T | | | | | |
| 288. -HOME DEPOT INC. | A | Dividend | J | T | | | | | |
| 289. -HONEYWELL INTL INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -HUMAN GENOME SCCIENCES | | None | | | Buy | 3/1/11 | J | | |
| 291. -HUMAN GENOME SCCIENCES | | | | | Sold | 12/20/11 | J | | |
| 292. -HUNTINGTON INGALLS INDUSTRIAL ) | | None | | | Sold | 5/12/11 | J | A | SEE PART VIII #3 |
| 293. -IMMUNOGEN INC (Y) | | | | | | | | | |
| 294. -IMPERIAL TOBACCO GROUP | | None | J | T | Buy | 10/12/11 | J | | |
| 295. -INDRA SISTEMAS | A | Dividend | | | Buy | 03/28/11 | J | | |
| 296. -INDRA SISTEMAS | | | | | Sold | 12/20/11 | J | | |
| 297. -INTUIT INC | A | Dividend | J | T | Buy | 8/22/11 | J | | |
| 298. -INTEL CORP) | | None | | | Sold | 1/6/11 | J | | |
| 299. -ISIS PHARMACEUTICALS (Y) | | | | | | | | | |
| 300. -ITAU UNIBANCO BANCO HLGD ) | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 301. -JP MORGAN CHASE & CO | A | Dividend | J | T | Sold (part) | 12/20/11 | J | | |
| 302. -JACOBS ENGINEERING (Y) GROUP | | | | | | | | | SEE PART VIII #3 |
| 303. -JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 304. -JONES LANG LASALLE INC. | A | Dividend | J | T | | | | | |
| 305. -JUNIPER NETWORKS | | None | J | T | | | | | |
| 306. KLA-TENCOR CORP | | None | J | T | Buy | 09/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -KAO CORP | A | Dividend | | | Sold | 3/28/11 | J | | |
| 308. -KEYCORP - NEW | A | Dividend | J | T | | | | | |
| 309. -KIRIN CORP ) | | None | | | Sold | 09/25/11 | J | | |
| 310. -KOC HOLDING | | None | | | Sold | 3/2/11 | J | | |
| 311. -L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 312. -LAWSON SOFTWARE INCE NEW | | None | | | Sold | 4/26/11 | J | A | SEE PART VIII #3 |
| 313. -LIBERTY MEDIA CORP. A | | | | | | | | | SEE PART VIII #7 |
| 314. -LIBERTY MEDIA HLDG CORP CAP SER A | | None | J | T | | | | | |
| 315. -LIBERTY MEDIA CORP LIBERTY SER A | | None | J | T | | | | | SEE PART VIII #8 |
| 316. -LONZA GROUP) | A | Dividend | | | Sold | 07/14/11 | J | A | |
| 317. -LUXOTTICA GROUP | | None | | | Sold | 2/10/11 | J | A | |
| 318. -MAKITA CORP | A | Dividend | | | Sold | 6/3/11 | J | A | |
| 319. -MASCO CORP DE | A | Dividend | | | Buy | 1/4/11 | J | | |
| 320. -MASCO CORP DE | | | | | Sold | 09/06/11 | J | | |
| 321. -MATTEL INC | A | Dividend | J | T | | | | | |
| 322. -MCDERMOTT INTERNATIONAL INC. | | None | | | Sold | 07/06/11 | J | A | |
| 323. -MERCK & CO INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -MICROSOFT | A | Dividend | J | T | Buy (add'l) | 06/30/11 | J | | |
| 325. -MITSUBISHI UFJ FINANCIAL GROUP INC ADR | | None | | | Sold | 10/4/11 | J | | |
| 326. -MONSANTO CO | A | Dividend | J | T | | | | | |
| 327. -MORGAN STANLEY | A | Dividend | J | T | Sold (part) | 12/20/11 | J | | |
| 328. -MUNICH RE GROUP | A | Dividend | J | T | | | | | |
| 329. -MURATA MFG (Y) | | | | | | | | | |
| 330. -NTT DOCOMO INC | | None | J | T | Buy | 11/10/11 | J | | |
| 331. -NASDAQ OMX GROUP INC. | | None | J | T | Buy (add'l) | 1/25/11 | J | | |
| 332. -NATIONAL GRID PLC | A | Dividend | J | T | Buy | 3/4/11 | J | | |
| 333. -NATIONAL OILWELL VARCO INC | A | Dividend | J | T | | | | | |
| 334. -NESTLE A SPONSORED ADR | A | Dividend | J | T | Buy | 2/24/11 | J | | |
| 335. -NETAPP INC | | None | J | T | Buy | 02/24/11 | J | | |
| 336. -NIKE INC CL B | A | Dividend | J | T | Buy | 6/7/11 | J | | |
| 337. -NINTENDO CO LTD | | None | J | T | Buy | 11/8/11 | J | | |
| 338. -NOBLE ENERGY INC | A | Dividend | J | T | | | | | |
| 339. -NORTHROP GRUMMAN CORP | A | Dividend | J | T | | | | | |
| 340. -NOVARTIS AG ADER | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -NOVO-NORDISK A S ADR | | None | J | T | | | | | |
| 342. -NSK LTD (Y) | | | | | | | | | |
| 343. -NUCOR CORP (Y) | | | | | | | | | |
| 344. -NVIDIA CORP | | None | | | Sold | 08/12/11 | J | A | |
| 345. -ORACLE CORP | A | Dividend | J | T | | | | | |
| 346. -OSHKOSH TRUCK CORP | | None | J | T | Buy | 1/18/11 | J | | |
| 347. -PALL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 348. -PARKER HANNIFIN CORP | A | Dividend | | | Sold | 06/21/11 | J | A | |
| 349. -PEBBLEBROOK HOTEL TRUST | A | Dividend | J | T | Buy | 07/05/11 | J | | |
| 350. -PEPSICO INC | A | Dividend | J | T | | | | | |
| 351. -PETROBRAS ) | A | Dividend | | | Sold | 12/20/11 | J | | |
| 352. -PLANTRONICS INC | A | Dividend | J | T | Buy | 8/16/11 | J | | |
| 353. -PROCTER & GAMBLE CO | A | Dividend | J | T | | | | | |
| 354. -PUBLICIS GROUP | A | Dividend | J | T | | | | | |
| 355. -QUALCOMM INC | A | Dividend | J | T | Buy | 7/29/11 | J | | |
| 356. -RECKITT BENCKISER GP ADR | A | Dividend | J | T | Buy | 4/14/11 | J | | |
| 357. -REXAM PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -ROYAL DUTCH SHELL | A | Dividend | J | T | | | | | |
| 359. -SAFEWAY INC NEW | A | Dividend | J | T | | | | | |
| 360. -SANDISK CORP | | None | J | T | | | | | |
| 361. -SANOFI SPONS ADR | | None | J | T | Buy | 07/11/11 | J | | |
| 362. -SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 363. -SCHNEIDER ELECT SA | A | Dividend | J | T | Buy | 3/18/11 | J | | |
| 364. -SCHWAB CHARLES CORP (Y) | | | | | | | | | |
| 365. -SHIN ETSU CHEM CO | A | Dividend | J | T | | | | | |
| 366. -SIEMENS A G | A | Dividend | J | T | | | | | |
| 367. -SOTHEBYS DELAWARE | A | Dividend | J | T | Buy | 10/19/11 | J | | |
| 368. -SOUTHWESTERN ENERGY & CO | | None | J | T | Buy | 8/11/11 | J | | |
| 369. -SUMITOMO METAL INDS LTD | A | Dividend | | | Sold | 11/25/11 | J | | |
| 370. -SYMANTEC CORP | | None | J | T | Buy | 3/10/11 | J | | |
| 371. -SWISSCOM AG | | None | | | Sold | 1/26/11 | J | A | |
| 372. -TELEFONICA SA SPON ADR | A | Dividend | | | Sold | 11/30/11 | J | | |
| 373. -TELSTRA LTD ) | A | Dividend | | | Sold | 3/31/11 | J | | |
| 374. -TEVA PHARMACEUTICAL INDS LTD (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -TEXAS INSTRUMENTS INC. | A | Dividend | J | T | Sold (part) | 3/7/11 | J | A | |
| 376.  -THERMO FISHER SCIENTIFIC (Y) | | | | | | | | | |
| 377.  -THK CO LTD | A | Dividend | | | Sold | 4/11/11 | J | A | |
| 378.  -TOKYO GAS CO LTD | | None | | | Sold | 3/4/11 | J | A | |
| 379.  -TOLL BROS INC | | None | | | Buy | 1/4/11 | J | | |
| 380.  -TOLL BROS INC | | | | | Sold | 09/02/11 | J | | |
| 381.  -TOYOTA MOTOR CORP ADR NEW | A | Dividend | | | Buy | 1/13/11 | J | | |
| 382.  -TOYOTA MOTOR CORP ADR NEW | | | | | Sold | 9/2/11 | J | | |
| 383.  -US BANCORP | A | Dividend | J | T | | | | | |
| 384.  -UNILEVER PLOC SPONS ADR NEW | A | Dividend | J | T | | | | | |
| 385.  -UNILEVER NV NY SHS-NEW | A | Dividend | | | Sold | 4/29/11 | J | | SEE PART VIII #3 |
| 386.  -UNITED PARCEL SERVICE | A | Dividend | J | T | Buy | 3/16/11 | J | | |
| 387.  -UNITED STATES STEEL CORP (Y) | | | | | | | | | |
| 388.  -UNITEDHEALTH GROUP INC. | A | Dividend | J | T | Sold (part) | 1/24/11 | J | A | |
| 389.  -VERTEX PHARMACEUTICALS (Y) | | | | | | | | | |
| 390.  -VISA INC COM | A | Dividend | J | T | | | | | |
| 391.  -VODAFONE COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -WPP PLC ADR ) | A | Dividend | J | T | Buy | 2/14/11 | J | | |
| 393. -WESFARMERS LTD | A | Dividend | J | T | | | | | |
| 394. -WESTFIELD GROUP ADR | | None | J | T | Buy | 12/1/11 | J | | |
| 395. -WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 396. -WHEELOCK & CO | A | Dividend | | | Sold | 12/20/11 | J | | |
| 397. -YAHOO INC | | None | | | Sold | 07/20/11 | J | A | |
| 398. -YUE YUEN INDL | | None | | | Sold | 1/6/11 | J | A | |
| 399. -VANGUARD TOTAL STOCK MKT | A | Dividend | J | T | Buy | 12/20/11 | J | | |
| 400. -NEW YORK DORM AU ST PERS INCM TAX REV | A | Interest | | | Matured | 12/15/11 | J | | |
| 401. -NEW YORK CITY TRANSITIONAL | A | Interest | K | T | | | | | |
| 402. -DORMITORY AUTHORITY OF THE STATE OF NEW YORK | A | Interest | K | T | | | | | |
| 403. -NEW YORK STATE THRUWAY | A | Interest | K | T | | | | | |
| 404. -NEW YORK ST ENVIRONMENTAL FACS CORP | A | Interest | K | T | | | | | |
| 405. -BEDFORD CENTRAL SCHOOL | A | Interest | K | T | | | | | |
| 406. -NEW YORK STATE DORM AUTH REVS INSD-NYU | A | Interest | K | T | | | | | |
| 407. -TRIBOROUGH BRDG | A | Interest | K | T | | | | | |
| 408. -ERIE CNTY N Y WTR AUTH | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -NEW YORK ST URBAN DEV CORP | A | Dividend | K | T | | | | | |
| 410. -NEW YORK N Y FOR PRIOR ISSUES | A | Interest | K | T | | | | | |
| 411. -ONONDAGA CNTY N Y TR CULTURAL RES REV | A | Interest | K | T | | | | | |
| 412. ACCOUNT # 5 | | | | | | | | | |
| 413. -SMITH BARNEY MONEY MARKET | A | Dividend | K | T | | | | | |
| 414. -MIAMI-DADE CNTY FLA SCH DIST RFDG FSA | | None | K | T | | | | | |
| 415. -ALLEGHENY CNTY PA HOSP DEV AUTH REV UNIV PITTSBURGH MED | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ----------SIRAGUSA, CHARLES J. | 07/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

0000000000000000000000000000000000000000000000000000000

1) THIS HOLDING WAS INADVERTENTLY REPORTED IN MY 2010 FINANCIAL DISCLOSURES. IN REVIEWING MY SMITH BARNEY STATEMENTS IT WAS REDEEMED ON SEPTEMBER 4, 2009.

2) ON MARCH 17, 2011. TYCO ELECTRONICS LTD CHANGED ITS NAME TO TE CONNECTIVITY LTD-CHF.

3) THIS HOLDING WAS INADVERTETLY OMITTED FROM MY 2010 DISCLOSURE.

4) ON SEPTEMBER 21. 2011 THE        ACCCOUNT SHARES OF LIBERTY MEDIA HLDG CORP CAP SERIES A WERE EXCHANGE FOR        SHARES OF LIBERTY MEDIA    CORP LIBERTY CAP CLASS A.

5) ON DECEMBER 19, 2011 GABELLI GLOBAL NAT RES & INCOME TR SBI CHANGED ITS NAME TO GAMCO GLOBAL GOLD NATURAL RESO

6) THIS HOLDING WAS INADVERTENTLY INCLUDED IN ACCOUNT #4 IN MY 2010 DISCLOSURE. IT SHOULD HAVE ONLY BEEN INCLUDED IN ACCOUNT #1.

7) MY 2010 DISCLOSURE INADVERTENTLY FAILED TO INDICATED THAT THIS HOLDING WAS SOLD ON DECEMBER 3, 2010.

8) ON SEPTEMBER 26, 2012, LIBERTY MEDIA CORP LIBERTY CAP CL A WAS EXCHANGED FOR LIBERTY MEDIA CORP LIBERTY CAP SER A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES J. ------------SIRAGUSA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544